**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

| | |
|---|---|
| MARGARET LAMB and EILEEN M. BUSER, on behalf of themselves and all others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 4:11-cv-00477-RH-WCS |
| GRACO CHILDREN'S PRODUCTS INC. and NEWELL RUBBERMAID INC., ) ) ) | |
| Defendants. ) | |

**DEFENDANT GRACO CHILDREN'S PRODUCTS INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Graco Children's Products Inc. certifies that it is a non-governmental corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of Georgia. Graco Children's Products Inc. submits the following statement of its corporate interest and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the Judges of this Court:

1. Graco Children's Products Inc. is not a publicly held corporation.

2. Graco Children's Products Inc. is a wholly owned subsidiary of Rubbermaid Incorporated.

3. No publicly held corporation owns ten (10) percent or more of Graco Children's Products Inc.

Dated this 28th day of October 2011.

    Respectfully submitted,

    By: /s/ Heidi Oertle

    Robert W. Pass
    Florida Bar No. 183169
    Carlton Fields, P.A.
    215 S. Monroe Street, #500 (32301)
    P. O. Drawer 190
    Tallahassee, Florida  32302-0190
    (850) 224-1585
    (850) 222-0398 (facsimile)
    rpass@carltonfields.com

    Joseph J. Krasovec, III (*pro hac vice to be filed*)
    Heidi Oertle
    Stephen M. Copenhaver
    Schiff Hardin LLP
    233 S. Wacker Dr., Suite 6600
    Chicago, Illinois  60606-6473
    (312) 258-5500
    (312) 258-5600 (facsimile)
    jkrasovec@schiffhardin.com
    hoertle@schiffhardin.com
    scopenhaver@schiffhardin.com

    *Attorneys for Defendant*
    *Graco Children's Products Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing upon all other parties who have appeared.

/s/ Heidi Oertle
Heidi Oertle
