IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARGARET LAMB and EILEEN M. BUSER, )
on behalf of themselves and all others similarly )
situated, )
                                                                          )
                        Plaintiffs, )
                                                                           )
v. )          No. 4:11-cv-00477-RH-WCS
                                                                              )
GRACO CHILDREN'S PRODUCTS INC. )
and NEWELL RUBBERMAID INC., )
                                                                            )
                        Defendants. )

**DEFENDANT NEWELL RUBBERMAID INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

      Defendant Newell Rubbermaid Inc. certifies that it is a non-governmental corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of Georgia. Newell Rubbermaid Inc. submits the following statement of its corporate interest and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the Judges of this Court:

      1.     Newell Rubbermaid Inc. is a publicly held corporation.

      2.     No publicly held corporation owns ten (10) percent or more of Newell Rubbermaid Inc.

Dated this 28th day of October 2011.

        Respectfully submitted,

      By: /s/ Heidi Oertle

        Robert W. Pass
        Florida Bar No. 183169
        Carlton Fields, P.A.
        215 S. Monroe Street, #500 (32301)
        P. O. Drawer 190
        Tallahassee, Florida  32302-0190
        (850) 224-1585
        (850) 222-0398 (facsimile)
        rpass@carltonfields.com

        Joseph J. Krasovec, III (*pro hac vice to be filed*)
        Heidi Oertle
        Stephen M. Copenhaver
        Schiff Hardin LLP
        233 S. Wacker Dr., Suite 6600
        Chicago, Illinois  60606-6473
        (312) 258-5500
        (312) 258-5600 (facsimile)
        jkrasovec@schiffhardin.com
        hoertle@schiffhardin.com
        scopenhaver@schiffhardin.com

        *Attorneys for Defendant Newell Rubbermaid Inc.*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing upon all other parties who have appeared.

/s/ Heidi Oertle
Heidi Oertle
