IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **MARGARET LAMB** and **EILEEN M. BUSER**, on behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No.: 4:11-cv-00477-RH-WCS ) ) |
| **GRACO CHILDREN'S PRODUCTS, INC**. and **NEWELL RUBBERMAID, INC.,** | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

RICHARDSON, PATRICK, WESTBROOK, & BRICKMAN, L.L.C., and counsel, Catherine H. McElveen, hereby give notice of her appearance as counsel for and on behalf of Plaintiffs, MARGARET LAMB and EILEEN M. BUSER. The undersigned counsel, duly admitted in this District, requests that all pleadings, notices, correspondence, and other papers in this matter be directed to the undersigned at the address below.

November 1, 2011                                     Respectfully submitted,

                                                                    RICHARDSON, PATRICK,
                                                                     WESTBROOK & BRICKMAN, L.L.C.

                                                                     s/ Catherine H. McElveen          .
                                                                    Catherine H. McElveen, Esquire
                                                                    SC Bar No.: 76725
                                                                    1037 Chuck Dawley Blvd.
                                                                    Building A
                                                                    Mt. Pleasant, SC  29464
                                                                    Phone: (843) 727-6500

1

Facsimile: (843) 216-6509
kmcelveen@rpwb.com

ATTORNEY FOR PLAINTIFFS

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of November, 2011, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will provide electronic notice of such filing to all counsel of record.

s/ Catherine H. McElveen         .<br>
Catherine H. McElveen